**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**MANTISSA CORPORATION,**

     **Plaintiff,**

                              **Case No. 1:17-cv-09174**

**v.**

                              **Hon. Jorge L. Alonso**

**FIRST FINANCIAL CORPORATION and**
**FIRST FINANCIAL BANK, N.A.,**             **JURY TRIAL DEMANDED**

     **Defendants.**

---

## NOTICE OF MOTION

TO:    ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 16, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jorge L. Alonso, or any judge sitting in his stead, in Courtroom 1219 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, IL 60604 and shall present **Plaintiff's Unopposed Motion To Extend The Time For The Defendants To Answer The Complaint Or Otherwise Plead**, a copy of which is being served upon you.

Dated: January 8, 2018                Respectfully submitted,

                                  */s/ Nicholas A. Kurk*
                                  Nicholas A. Kurk (ARDC 6292133)
                                  Young Basile Hanlon & MacFarlane, P.C.
                                  150 N. Wacker Dr., Suite 1450
                                  Chicago, IL 60606
                                  (312) 754-9332 / (248) 649-3338 Fax
                                  kurk@youngbasile.com

                                  -and-

John Demarco (*Pro Hac Vice To Be Filed)*
Young Basile Hanlon & MacFarlane, P.C.
700 Milam St., Suite 1300
Houston, TX 77002
(832) 871-5058 / (248) 649-3338 Fax
demarco@youngbasile.com

-and-

Kenneth A Godlewski
(*Pro Hac Vice To Be Filed*)
Hunter Taubman Fischer LLC
1201 15th Street, NW, Suite 200
Washington, DC 20005
202-704-5860 / 202-659-2697 Fax
kgodlewski@htflawyers.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on January 8, 2018, the foregoing was caused to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: <u>*/s/ Nicholas A. Kurk*</u>
Nicholas A. Kurk